1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  OMAR GUADALUPE MEJIA,            )  Case No. SACV 11-63-SVW (OP)
                                     )
12                                   )  ORDER ACCEPTING FINDINGS,
                  Petitioner,        )  CONCLUSIONS, AND
13         v.                        )  RECOMMENDATIONS OF
                                     )  UNITED STATES MAGISTRATE
14  MICHAEL STAINER, Warden,         )  JUDGE
                                     )
15                                   )
                  Respondent.        )
16  _____  )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18  file, and the Report and Recommendation of the United States Magistrate Judge.
19  Petitioner has not filed any written Objections to the Report. The Court accepts the
20  findings and recommendations of the Magistrate Judge,
21  / / /
22  / / /
23  / / /
24
25
26
27
28

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the Petition and
3  dismissing this action with prejudice.

6  DATED: 11/28/12

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge